DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NATIONAL BEVERAGE CORP.,**
Appellant,

v.

**VINCENT P. CITRULLO,**
Appellee.

No. 4D17-2888

[August 2, 2018]

Administrative appeal from the State of Florida Commission on Human Relations; L.T. Case Nos. FCHR# 17-074, DOAH# 17-2294 and FCHR 2016-01702.

Glenn J. Waldman and Eric C. Edison of Waldman Trigoboff Hildebrandt & Calnan, P.A., Fort Lauderdale, for appellant.

Nnamdi S. Jackson of Law Office of Nnamdi S. Jackson, P.A., Weston, and Lee H. Schillinger of Law Office of Lee H. Schillinger, P.A., Weston, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and CIKLIN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***